IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

v.

DAVID WERNICKE, individually, as Personal Representative of the Estate of Norbert Wernicke, and as Trustee of the the Norbert Wernicke Revocable Trust,

Defendant.

Case No. 3:18-cv-605-J-34JBT

2018 MAY -3 PM 12:25
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DISTRICT
FILED

**COMPLAINT**

The United States of America, by and through undersigned counsel, complains and alleges as follows:

1. The United States brings this action to reduce to judgment federal estate tax liabilities assessed against the Estate of Norbert Wernicke (the "Estate") and to reduce to judgment the liability for the estate tax imposed by Section 6324(a)(2) of the Internal Revenue Code (26 U.S.C. or "IRC") against the Estate's transferees.

**JURISDICTION AND VENUE**

2. This civil action is authorized and sanctioned by the Chief Counsel, Internal Revenue Service, a duly authorized delegate of the Secretary of the Treasury, and has been commenced at the direction of the Attorney General of the United States, pursuant to 26 U.S.C. § 7401.

3. The Court has jurisdiction over this civil action pursuant to 26 U.S.C. §§ 7402 and 7404, and 28 U.S.C. §§ 1331, 1340 and 1345.

4. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b)(2) and 1396 because a substantial part of the events or omissions giving rise to this suit occurred, the unpaid tax at issue accrued, and the defendant resides, in this district.

**PARTIES**

5. Defendant David Wernicke resides in St. Augustine, Florida, within the jurisdiction of this Court. He is named as a party to this action in a representative capacity as both the personal representative of the Estate and the trustee of the Norbert Wernicke Revocable Trust (the "Trust"), which is a transferee of the Estate. He is also named as a defendant in his individual capacity because he is personally liable to the United States for the Estate's unpaid estate tax as a transferee of Estate property.

**COUNT I – REDUCE FEDERAL ESTATE TAX LIABILITIES TO JUDGMENT**

6. Norbert Wernicke (the "decedent") died on April 18, 2003. He resided in St. Johns County, Florida at the time of death.

7. The decedent's Estate filed a Form 706, United States Estate Tax Return, on February 21, 2006 — two years after it was due. The Form 706 reported federal estate tax totaling $62,539, and indicated that the Estate had already made a payment of $149,000. Because the prior payment exceeded the tax reported as due, the Form 706 claimed a refund of the difference: $86,461.

8. In 2008, the IRS audited the Estate's Form 706, and determined a deficiency in the tax reported. David Wernicke, as personal representative of the Estate, agreed to the proposed deficiency and consented to the immediate assessment and collection of an additional estate tax of $41,030.70.

9. On May 19, 2008, a delegate of the Secretary of the Treasury assessed $41,030.70 in additional estate tax against the Estate, plus interest and penalties for the late payment of the tax owed by the Estate. Notice of the assessment and demand for payment were properly made upon the Estate.

10. Despite proper notice and demand for payment, the Estate has not fully paid the assessed estate tax liability, resulting in accrued penalties and interest. As of February 20, 2018, the Estate owed $82,457.66, plus penalties and interest that continue to accrue as provided by law.

**COUNT II – LIABILITY OF ESTATE'S TRANSFEREES**

11. IRC Section 6324(a)(2) imposes liability for an unpaid estate tax on transferees of property included in a decedent's gross estate to the extent of the value of that property at the time of the decedent's death.

12. After the death of the decedent, the Trust received two real estate parcels that were included in the decedent's gross estate: 2255 Pellicer Road, St. Augustine, Florida 32092 and 108 Osage Road, St. Augustine, Florida 32086. On its Form 706, the Estate reported these parcels were worth $93,000 and $70,918 on the date of the decedent's death. These properties were received by the trustee, David Wernicke, and are worth more than the estate tax that remains unpaid.

13. After the death of the decedent, David Wernicke acquired all of the decedent's shares in New Venture, Inc. The shares were included in the decedent's gross estate and valued at $352,000 on the Form 706. The IRS determined the shares were worth $410,900, and the Estate did not challenge that determination. David Wernicke also received a Cadillac from the

Estate, valued on the Form 706 at $21,375. The value of the property that David Wernicke received from the Estate far exceeds the amount of the estate tax that remains unpaid.

**COUNT III – 28 U.S.C. § 3011 TEN PERCENT SURCHARGE**

14. In the event that the United States is required to avail itself of pre-judgment or post-judgment relief as set forth in Subchapter B or C of the Federal Debt Collection Procedure Act, 28 U.S.C. § 3001 et seq., 28 U.S.C. § 3011 entitles the United States to recover a surcharge of 10 percent of the amount of the debt in order to cover the cost of processing and handling the litigation and enforcement of the foregoing claim for a debt.

WHEREFORE, the Plaintiff, the United States of America, respectfully prays that this Court:

a) Enter judgment in favor of the United States and against David Wernicke, in his capacity as personal representative of the Estate, for the Estate's unpaid federal estate tax liability in the amount of $82,457.66 as of February 20, 2018, plus any further interest and statutory additions on the assessments as allowed by law to the date of payment;

b) Determine and adjudge that David Wernicke is indebted to the United States, as a transferee of Estate property in his individual capacity and as trustee of a Trust that received Estate property, for the estate taxes owed by the Estate in the amount of $82,457.66, as of February 20, 2018, plus fees and statutory additions thereon as provided by law;

/ / /

/ / /

/ / /

/ / /

/ / /

c) Grant the United States such other relief, including costs and a 10-percent surcharge under 28 U.S.C. § 3011, as is just and equitable.

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

*_/s/ Kari A.R. Powell_*
KARI A.R. POWELL
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 14198
Washington, D.C. 20044
202-514-6068 (v)
202-514-4963 (f)
Kari.Powell@usdoj.gov

3:18-cv-605-J-34JBT

JS 44 (Rev. 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

United States of America

(b) County of Residence of First Listed Plaintiff ______
*(EXCEPT IN U.S. PLAINTIFF CASES)*

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Kari Powell, U.S. D.O.J., Tax Division, CTS Southern, P.O. Box 14198, Ben Franklin Station, Washington, D.C. 20044, (202) 514-6068

## DEFENDANTS

David Wernicke

County of Residence of First Listed Defendant St. John's County
*(IN U.S. PLAINTIFF CASES ONLY)*

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*

*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☐ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Personal Injury - Medical Malpractice

PERSONAL INJURY
- ☐ 365 Personal Injury - Product Liability
- ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 440 Other Civil Rights
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 448 Education

**PRISONER PETITIONS**

Habeas Corpus:
- ☐ 463 Alien Detainee
- ☐ 510 Motions to Vacate Sentence
- ☐ 530 General
- ☐ 535 Death Penalty

Other:
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition
- ☐ 560 Civil Detainee - Conditions of Confinement

**FORFEITURE/PENALTY**
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Management Relations
- ☐ 740 Railway Labor Act
- ☐ 751 Family and Medical Leave Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Employee Retirement Income Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 835 Patent - Abbreviated New Drug Application
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☒ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 375 False Claims Act
- ☐ 376 Qui Tam (31 USC 3729(a))
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 893 Environmental Matters
- ☐ 895 Freedom of Information Act
- ☐ 896 Arbitration
- ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- ☐ 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. 6324(a)(2), 7401, 7402

Brief description of cause:
Reduce federal estate tax liabilities to judgment and obtain judgment against transferees of Estate property

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $ 82,457.66

CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*: JUDGE ______ DOCKET NUMBER ______

DATE 05/02/2018

SIGNATURE OF ATTORNEY OF RECORD /s/ Kari A.R. Powell

FOR OFFICE USE ONLY

RECEIPT # —— AMOUNT —— APPLYING IFP —— JUDGE 34 MAG. JUDGE JBT